IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONNA THORNTON** : | | **CIVIL ACTION** |
| Plaintiff : | | |
| **v.** : | | |
| : | | |
| : | | **NO. 22-cv-2392-MRP** |
| **ANALOG DEVICES, INC** : | | |
| Defendant : | | |

# ORDER

**AND NOW,** this 24th day of May, 2023, for the reasons set forth in the foregoing Memorandum, it is hereby **ORDERED** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure:

1. Defendant's Motion for Summary Judgment (Doc. No. 34) is **DENIED**.

2. Plaintiff has voluntarily **WITHDRAWN** her disparate pay claim under the Equal Pay Act.

BY THE COURT:

_____

Hon. Mia Roberts Perez